SEALED

FILED
JAN 17 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1 PHILLIP A. TALBERT
United States Attorney
2 CHRISTOPHER D. BAKER
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF CRIMINAL COMPLAINT RE: SETH ADAM DEPIANO.

CASE NO. 1:17-MJ- 17MJ00006 BAM

(PROPOSED) ORDER SEALING AFFIDAVIT ON COMPLAINT AND RELATED FILINGS

The United States of America having applied to this Court for an Order sealing the complaint, application, warrant and affidavit in the above-entitled proceedings, together with its Application to Seal, and Memorandum of Points and Authorities, and good cause appearing therefor,

IT IS HEREBY ORDERED that the complaint, application, warrant and affidavit in the above-entitled proceeding, together with the Application to Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities, shall be sealed and shall not be disclosed pending further order of this court.

DATED: 1/17/17

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. Magistrate Judge

(PROPOSED) ORDER SEALING AFFIDAVIT ON COMPLAINT AND RELATED FILINGS

1