McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>SETH ADAM DEPIANO,<br><br>                Defendant. | CASE NO. 1:17-CR-00172-DAD-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE AND ORDER RE SEIZED ASSETS |

      Based upon the plea agreement entered between the United States and defendant Seth Adam Depiano, and the accompanying Application for Preliminary Order of Forfeiture and Publication Thereof by the United States, it is hereby ORDERED, ADJUDGED AND DECREEED as follows:

      1.      Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), Seth Adam Depiano's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

           a.     Approximately $536,930.40 seized from Bank of America account number xxxx-xxxx-6161, held in the name of Seth Depiano, sole proprietor, dba US Funding;

           b.     Approximately $94,790.20 seized from Bank of America account number xxxx-xxxx-0342, held in the name of The Rental Group; and,

           c.     Approximately $52,561.74 seized from Bank of America account number xxxx-xxxx-0959, held in the name of Seth Depiano.

2. The above-listed assets constitute property that is proceeds or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, or is property involved in or traceable to such property as a result of violation of 18 U.S.C. §§ 1341 and 1957.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

6. The Court shall issue an order for money judgment in an amount equal to the Court ordered restitution, less any forfeited funds and any liquidated funds from seized property, to be paid to the Clerk of the Court. The United States will submit a proposed order for forfeiture money judgment following the Court's imposition of restitution at sentencing.

7. Based upon defendant Seth Adam Depiano's plea agreement, the defendant agreed to turn over seized property for victim restitution as follows:

8. The following assets seized in this case shall be turned over to the Clerk of the Court for payment towards any restitution judgment entered against defendant Seth Adam Depiano (hereinafter referred to as "Seized Assets"):

    a. Approximately 933 baseball cards in the possession, custody and control of the Federal Bureau of Investigation since approximately September 7, 2017, with an estimated value of at least $31,000; and,

    b. Approximately $35,000.00 in U.S. Currency in the possession, custody and control of the Federal Bureau of Investigation since approximately September 7, 2017.

    c. A cashier's check in the amount of $7,500.00 made payable to Seth Depiano in the possession, custody and control of the Federal Bureau of Investigation since approximately September 7, 2017.

    d. A cashier's check in the amount of $6,000.00 made payable to Draymond Homes LLC, defendant Seth Depiano as sole member and manager, which is in the possession, custody and control of the Federal Bureau of Investigation since approximately September 7, 2017.

9. The custodial or seizing agency of the Seized Assets shall sell, or otherwise liquidate the assets for cash value, by any reasonable and commercial means.

10. The financial institution used by the Federal Bureau of Investigation or the U.S. Marshals Service shall reissue a cashier's check in the amount of $13,500.00 made payable to the Clerk of the Court to replace the seized cashier's checks, listed above. The Clerk of the Court is authorized to deposit the replacement check into its depository account for immediate payment towards the restitution judgment entered against defendant Seth Adam Depiano.

11. Upon entry of this order, the custodial or seizing agency of the Seized Assets shall deliver the liquated cash value of the Seized Assets, less any costs incurred by the custodial or seizing agency for liquidating said assets, to the Clerk of the Court, 2500 Tulare Street, Suite 4401, Fresno, California 93721. Any negotiable instruments shall be endorsed to the Clerk of the Court, and made payable thereto.

12. Any remaining excess seized funds, over and above the restitution obligation, shall be applied to any other fine or financial obligation as ordered by this Court in the instant criminal prosecution.

///

13. Thereafter, any remaining seized funds shall be deemed abandoned, returned to the custodial or seizing agency, or by the direction of the U.S. Attorney's Office, and retained by the United States to be disposed of according to law.

IT IS SO ORDERED.

Dated: **May 14, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE