McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SETH ADAM DEPIANO, <br><br> Defendant. | No. 1:17-CR-00172-DAD-BAM <br><br> FINAL ORDER OF FORFEITURE |

WHEREAS, on May 15, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Seth Adam Depiano in the following property:

a. Approximately $536,930.40 seized from Bank of America account number xxxx-xxxx-6161, held in the name of Seth Depiano, sole proprietor, dba US Funding;

b. Approximately $94,790.20 seized from Bank of America account number xxxx-xxxx-0342, held in the name of The Rental Group;

c. Approximately $52,561.74 seized from Bank of America account number xxxx-xxxx-0959, held in the name of Seth Depiano;

d. A money judgment in an amount equal to the Court ordered restitution, less any forfeited funds and any liquidated funds from seized property, to be paid to the Clerk of the Court. The United States will seek entry of such money judgment

following the Court's imposition of restitution at sentencing.[1]

AND WHEREAS, beginning on May 24, 2018, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Seth Adam Depiano.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The following assets seized in this case shall be turned over to the Clerk of the Court for payment towards any restitution judgment entered against defendant Seth Adam Depiano (hereinafter referred to as "Seized Assets"):

    a.  Approximately 933 baseball cards in the possession, custody and control of the Federal Bureau of Investigation since approximately September 7, 2017, with an estimated value of at least $31,000; and,

    b.  Approximately $35,000.00 in U.S. Currency in the possession, custody and control of the Federal Bureau of Investigation since approximately September 7, 2017.

    c.  A cashier's check in the amount of $7,500.00 made payable to Seth Depiano in the possession, custody and control of the Federal Bureau of Investigation since approximately September 7, 2017.

    d.  A cashier's check in the amount of $6,000.00 made payable to Draymond Homes LLC, defendant Seth Depiano as sole member and manager, which

---

[1] The United States will amend this order once all assets have been liquidated and a proper calculation for the money judgment amount can be determined.

is in the possession, custody and control of the Federal Bureau of Investigation since approximately September 7, 2017.

3. The custodial or seizing agency of the Seized Assets shall sell, or otherwise liquidate the assets for cash value, by any reasonable and commercial means.

4. The financial institution used by the Federal Bureau of Investigation or the U.S. Marshals Service shall reissue a cashier's check in the amount of $13,500.00 made payable to the Clerk of the Court to replace the seized cashier's checks, listed above. The Clerk of the Court is authorized to deposit the replacement check into its depository account for immediate payment towards the restitution judgment entered against defendant Seth Adam Depiano.

5. Upon entry of this order, the custodial or seizing agency of the Seized Assets shall deliver the liquated cash value of the Seized Assets, less any costs incurred by the custodial or seizing agency for liquidating said assets, to the Clerk of the Court, 2500 Tulare Street, Suite 4401, Fresno, California 93721. Any negotiable instruments shall be endorsed to the Clerk of the Court, and made payable thereto.

6. Any remaining excess seized funds, over and above the restitution obligation, shall be applied to any other fine or financial obligation as ordered by this Court in the instant criminal prosecution.

7. Thereafter, any remaining seized funds shall be deemed abandoned, returned to the custodial or seizing agency, or by the direction of the U.S. Attorney's Office, and retained by the United States to be disposed of according to law.

8. The United States Marshals Service or Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **August 3, 2018**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE