IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SETH ADAM DEPIANO,<br><br>    Defendant. | Case No. 1:17-CR-00172-DAD-BAM<br><br>**ORDER DIRECTING CLERK TO TRANSFER FUNDS** |

Having reviewed the United States' Request for Order Directing Clerk to Transfer Funds and for good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court shall transfer funds totaling $64,963.67 from Case No. 1:17-CR-00172-DAD-BAM to 1:24-CR-00251-JLT-SKO.

IT IS SO ORDERED.

Dated:   **October 7, 2025**                        _Dale A. Drozd_
                                                                          DALE A. DROZD
                                                                          UNITED STATES DISTRICT JUDGE