IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SETH ADAM DEPIANO,<br><br>    Defendant. | Case No. 1:17-CR-00172-DAD-BAM<br><br>**AMENDED ORDER DIRECTING CLERK TO TRANSFER FUNDS** |

Having reviewed the United States' Request for an Amended Order Directing Clerk to Transfer Funds and for good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court shall transfer funds totaling $64,963.68 from Case No. 1:17-CR-00172-DAD-BAM to 1:24-CR-00251-JLT-SKO.

IT IS SO ORDERED.

Dated:   **October 21, 2025**          *Dale A. Drozd*
                                       DALE A. DROZD
                                       UNITED STATES DISTRICT JUDGE